UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JAMES CANTON**,<br><br>Debtors. | Case No. **08-61683-BPH** |

**O R D E R**

At Butte in said District this 8th day of September, 2020.

Upon review of the Combined Request for Judicial Notice ("Request") filed by Creditors Thomas R. Bravard, Donald R. Dammel, Quality Water Works, Inc., Ronan Telephone Company, Robert D. and Cheryl L. Stone, N. Richard Higgins, Andrew William Taylor, Tim L. Guenzler, Jack and Gail Downes, Ed Engel, Marianne M. Johnson, Greg Fraser, Kenneth L. and Susan J. Piedalue, Zach Guenzler, Janette Neu, Corey E. and Kathy A. Richwine, and Donald and Jacqueline Byrnes on September 4, 2020,

**IT IS ORDERED** that the Request filed at ECF No. 490 is granted and, to the extent permitted under the Federal Rules of Evidence, the Court takes judicial notice of the items listed in the Request filed at ECF No. 490.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana